# EXHIBIT 4

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-285-904**
Effective Date of Registration:
January 11, 2022
Registration Decision Date:
February 07, 2022

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

### Title
- **Title of Work:** Quarantine 2020

### Completion/Publication
- **Year of Completion:** 2020
- **Date of 1st Publication:** April 05, 2020
- **Nation of 1st Publication:** United States

### Author
- **Author:** Molly Cramer
- **Author Created:** Artwork
- **Citizen of:** United States

### Copyright Claimant
- **Copyright Claimant:** Molly Cramer
  119 Stern Street, Friedens, PA, 15541, United States

### Limitation of copyright claim
- **Material excluded from this claim:** some artwork based on preexisting photograph

### Certification
- **Name:** Gwen R. Acker Wood, Authorized agent of Author/Owner
- **Date:** January 11, 2022
- **Applicant's Tracking Number:** 078351.2

Page 1 of 2