IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOLLY CRAMER, </br></br> Plaintiff, </br></br> v. </br></br> NETFLIX, INC. and </br> ROYAL GOODE PRODUCTIONS, LLC, </br></br> Defendants. | Civil Action No. 3:22-cv-131 </br> Judge Stephanie L. Haines |

**DEFENDANTS' MOTION TO DISMISS COMPLAINT
PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Defendants Netflix Inc. ("Netflix") and Royal Goode Productions, LLC ("RGP") (collectively, the "Defendants"), by and through their counsel, respectfully submit this motion to dismiss the Complaint filed by the plaintiff Molly Cramer (the "Plaintiff" or "Cramer"). The Motion is based on the Complaint, this Motion, the Brief in Support of this Motion, the accompanying Declaration of Russell Smith, Exhibit A attached to the Declaration, the concurrently filed Request for Judicial Notice, such other pleadings, records and files in this action, all matters of which judicial notice may be taken, and such other evidence and/or arguments as the Court allows.

This Motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. As set forth in the accompanying Brief in Support of this Motion, the Plaintiff's copyright infringement claim fails because the fleeting, 2.2-second use of the Plaintiff's copyrighted work in a transformative manner as part of commentary, criticism, and reporting in a biographical work comes under the Copyright Act's protection of fair use.

For the foregoing reasons, and those more fully set forth in the Defendants' accompanying Brief in Support of the Motion, the Defendants respectfully request that the Court grant their motion and dismiss the Complaint, with prejudice.

| | |
|---|---|
| Dated: December 22, 2022 | Respectfully Submitted,<br><br>**SMITHDEHN LLP**<br><br>/s/ Russell Smith<br>Russell A. Smith<br>Admitted *Pro Hac Vice*<br>New York Bar No. 2063378<br>654 San Juan Avenue<br>Venice Beach<br>Los Angeles, California, 90291<br>Telephone: (917) 239-5047.<br>rsmith@smithdehn.com<br><br>**HOUSTON HARBAUGH, P.C.**<br><br>Henry Sneath<br>sneathhm@hh-law.com<br>PA ID No. 40559<br>Corey A. Bauer<br>bauerca@hh-law.com<br>PA ID No. 324632<br>Three Gateway Center<br>401 Liberty Avenue, 22nd Floor<br>Pittsburgh, Pennsylvania 15222<br>Telephone: (412) 288-2216<br><br>*Attorneys for Defendants Netflix Inc. and Royal Goode Productions, LLC* |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOLLY CRAMER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:22-cv-131 |
| | ) Judge Stephanie L. Haines |
| NETFLIX, INC. and | ) |
| ROYAL GOODE PRODUCTIONS, LLC, | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, Russell Smith, counsel for the Defendants admitted *pro hac vice,* hereby certify that a true and correct copy of the Defendant's Motion to Dismiss has been served on all parties of record via Western District's Electronic Case Filing System on this 22nd day of December, 2022.

Dated: December 22, 2022           Respectfully Submitted,

**SMITHDEHN LLP**

/s/ Russell Smith
Russell A. Smith
Admitted *Pro Hac Vice*
New York Bar No. 2063378
654 San Juan Avenue
Venice Beach
Los Angeles, California, 90291
Telephone: (917) 239-5047.
rsmith@smithdehn.com

**HOUSTON HARBAUGH, P.C.**

Henry Sneath
sneathhm@hh-law.com
PA ID No. 40559

                    Corey A. Bauer
                    bauerca@hh-law.com
                    PA ID No. 324632
                    Three Gateway Center
                    401 Liberty Avenue, 22nd Floor
                    Pittsburgh, Pennsylvania 15222
                    Telephone: (412) 288-2216

                    *Attorneys for Defendants Netflix Inc.*
                    *and Royal Goode Productions, LLC*