IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MOLLY CRAMER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NETFLIX, INC. and )<br>ROYAL GOODE PRODUCTIONS, LLC, )<br>)<br>Defendants. ) | Civil Action No. 3:22-cv-131<br>Judge Stephanie L. Haines |

### DECLARATION OF RUSSELL SMITH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)

I, Russell Smith, declare as follows:

1. I am an attorney duly licensed to practice in the State of New York, and admitted *pro hac vice* before this Court. I am a partner in the law firm of SmithDehn LLP, attorneys of record for Defendants Netflix Inc. ("Netflix") and Royal Goode Productions, LLC ("RGP") (collectively, the "Defendants").

2. I respectfully submit this declaration in support of Defendants' Motion to Dismiss Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

3. The facts stated below are true of my own personal knowledge, except for those matters stated on information and belief, which I believe to be true.

4. Exhibit A, which is lodged concurrently with this Declaration, are DVD and USB flash drive copies containing the full first episode of the second season of the "Tiger King" television series at issue in this action.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of December, 2022.

        By:  <u>/s/ Russell Smith</u>

Russell A. Smith
Admitted *Pro Hac Vice*
New York Bar No. 2063378
654 San Juan Avenue
Venice Beach
Los Angeles, California, 90291
Telephone: (917) 239-5047.
rsmith@smithdehn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOLLY CRAMER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:22-cv-131 |
| | ) Judge Stephanie L. Haines |
| NETFLIX, INC. and | ) |
| ROYAL GOODE PRODUCTIONS, LLC, | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, Russell Smith, counsel for the Defendants admitted *pro hac vice,* hereby certify that a true and correct copy of the Delaration of Russell Smith in Support of Defendants' Motion to Dismiss has been served on all parties of record via the Western District's Electronic Case Filing System on this 22nd day of December, 2022.

Dated: December 22, 2022                          Respectfully Submitted,

**SMITHDEHN LLP**

/s/ Russell Smith
Russell A. Smith
Admitted *Pro Hac Vice*
New York Bar No. 2063378
654 San Juan Avenue
Venice Beach
Los Angeles, California, 90291
Telephone: (917) 239-5047.
rsmith@smithdehn.com

**HOUSTON HARBAUGH, P.C.**

Henry Sneath
sneathhm@hh-law.com

PA ID No. 40559
Corey A. Bauer
bauerca@hh-law.com
PA ID No. 324632
Three Gateway Center
401 Liberty Avenue, 22nd Floor
Pittsburgh, Pennsylvania 15222
Telephone: (412) 288-2216

*Attorneys for Defendants Netflix Inc. and Royal Goode Productions, LLC*