IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSLYVANIA

| | |
|---|---|
| MOLLY CRAMER,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>NETFLIX, Inc. and<br>ROYAL GOODE PRODUCTIONS, LLC,<br><br>　　　　Defendants. | )<br>)<br>)<br>) Civil Action No. 3:22-cv-00131-SLH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

　　　　Plaintiff, Molly Cramer, by and through her undersigned attorney, hereby respectfully requests that the time to file a Response to Defendants' Motion to Dismiss be extended from January 12, 2023 to February 12, 2023, as additional time is needed for a reasonable and thorough preparation of a response to Defendants' Motion to Dismiss.

　　Counsel for Defendants, Russell A. Smith, has consented to this Motion.

Dated:  January 4, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/Gwen R. Acker Wood
　　　　　　　　　　　　　　　　　　　　Gwen R. Acker Wood, (PA. State Bar No. 89081)
　　　　　　　　　　　　　　　　　　　　ACKER WOOD INTELLECTUAL
　　　　　　　　　　　　　　　　　　　　PROPERTY LAW, LLC
　　　　　　　　　　　　　　　　　　　　4981 McKnight Road
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15237
　　　　　　　　　　　　　　　　　　　　412.486.1038
　　　　　　　　　　　　　　　　　　　　412.487.2837 (fax)
　　　　　　　　　　　　　　　　　　　　grwood@ackerwoodiplaw.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Molly Cramer*

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2023, the foregoing **PLAINTIFFS MOTION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** was served upon all counsel of record via the CMF/ECF Electronic filing system of the Unites States District Court for the Western District of Pennsylvania.

*/s/ Gwen R. Acker Wood, PhD, Esq.*
Gwen R. Acker Wood (PA Bar No. 89081)
ACKER WOOD INTELLECTUAL PROPERTY LAW, LLC
4981 McKnight Road
Pittsburgh, PA 15237
Phone: 412-486-1038
Fax: 412-487-2837
grwood@ackerwoodiplaw.com

*Attorney for Plaintiff*