IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOLLY CRAMER, | : |
|            Plaintiff | :    Civil Action No. 3:22-131 |
| vs. | :    Judge Stephanie L. Haines |
| NETFLIX, Inc. and ROYAL GOODE PRODUCTIONS, LLC, | : |
|            Defendants | : |

## JUDGMENT

**AND NOW**, this 18th day of September 2023, in accordance with Federal Rule of Civil Procedure 58, and the Opinion and Order dated September 18, 2023, Judgment is hereby entered in favor of the Defendants, and against the Plaintiff, Molly Cramer.

BY THE COURT:

_____
STEPHANIE L. HAINES,
UNITED STATES DISTRICT JUDGE